

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE |  | No. 08-25-00160-CV |
|  | § |  |
| MARK BRYAN JENSEN, |  | AN ORIGINAL PROCEEDING |
|  | § |  |
| Relator. |  | IN MANDAMUS |
|  | § |  |

## <u>MEMORANDUM OPINION</u>

Relator, Mark Bryan Jensen, filed a petition for writ of mandamus on June 3, 2025, and an amended petition for writ of mandamus on June 18, 2025. After consideration, the court has determined that Jensen is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. Any pending motions are dismissed as moot.

MARIA SALAS MENDOZA, Chief Justice

June 27,2025

Before Salas Mendoza, C.J., Palafox, J., and Rodriguez, C.J. (Ret.)
Rodriguez, C.J. (Ret.) (Sitting by Assignment)